# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

JOE HENRY SCOTT, III, : 
AIS 258485,

    Petitioner,

vs.                                       CA 09-0428-WS-C

JERRY FARRELL,

    Respondent.

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 12, 2009, is **ADOPTED** as the opinion of this Court.

**DONE** this 23rd day of November, 2009.

                s/WILLIAM H. STEELE
                **UNITED STATES DISTRICT JUDGE**