**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

JOE HENRY SCOTT, III,              :
AIS 258485,
                                                        :

    Petitioner,
                                                        :

vs.                                                          CA 09-0428-WS-C
                                                        :

JERRY FARRELL,
                                                        :

    Respondent.

**JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be dismissed as time barred pursuant to 28 U.S.C. § 2244(d).

**DONE** this 23rd day of November, 2009.

                s/WILLIAM H. STEELE
                **UNITED STATES DISTRICT JUDGE**